ORIGINAL 

DOC #\_\_ \_\_\_\_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - x
                                       :
UNITED STATES OF AMERICA               :    SEALED ORDER
                                       :
         - v. -                        :    16 Mag. 3302
                                       :
ABDULRAHMAN EL BAHNASAWY,              :
                                       :
              Defendant.               :
                                       :
- - - - - - - - - - - - - - - - - - - x



WHEREAS, an application has been made by the United States of America requesting that (1) all filings in this case, including the Indictment, Complaint, arrest warrant, audio recording and transcript of the defendant's presentment, the May 23, 2016 sealing order and underlying application, and the instant application for continued sealing and proposed order, as well as any documents associated with any of the foregoing, remain sealed until further order of the Honorable Richard M. Berman, the United States District Judge presiding over *United States v. Abdulrahman El Bahnasawy*, 16 Cr. 376 (RMB); (2) all docketing in this case, including docket notes, be delayed until further order of Judge Berman; and (3) the defendant and defense counsel be prohibited from disclosing any documents or information relating to this case to any third party (including the media), whether orally, through the Internet, or by any other means, until further order of Judge Berman, with the exception that the defendant may communicate regarding the case with representatives of the Consulate General of Canada in New York;

WHEREAS, the Court finds, having considered any reasonable alternatives, that if the Government's application is not granted, an ongoing law enforcement investigation relating to an imminent terrorist threat is likely to be compromised;

IT IS HEREBY ORDERED that (1) all filings in this case, including the Indictment, Complaint, arrest warrant, audio recording and transcript of the defendant's presentment, the May 23, 2016 sealing order and underlying application, and the instant application for continued sealing and proposed order, as well as any documents associated with any of the foregoing, remain sealed until further order of the Honorable Richard M. Berman, the United States District Judge presiding over *United States* v. *Abdulrahman El Bahnasawy*, 16 Cr. 376 (RMB); (2) all docketing in this case, including docket notes, be delayed until further order of Judge Berman; and (3) the defendant and defense counsel be prohibited from disclosing any documents or information relating to this case to any third party (including the media), whether orally, through the Internet, or by any other means, until further order of Judge Berman, with the exception that the defendant may communicate regarding the case with representatives of the Consulate General of Canada in New York;

IT IS FURTHER ORDERED that this Order and the related Affirmation be sealed and their docketing delayed until further order of Judge Berman; and

IT IS FURTHER ORDERED that if at any point the Government believes, based on new information or for any other reason, that it is no longer necessary to maintain these matters under seal and delay docketing, the Government shall so advise the Court without delay.

SO ORDERED:

Dated: New York, New York
       June 6, 2016

7:16 p.m.

_____
HONORABLE GABRIEL W. GORENSTEIN
United States Magistrate Judge
Southern District of New York