UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
:
UNITED STATES OF AMERICA           :    SEALED
:
        -v.-                       :
:    NOTICE OF INTENT TO
ABDULRAHMAN EL BAHNASAWY,           :    FILE AN INFORMATION
:
             Defendant.            :    S1 16 Cr. 376 (RMB)
:
- - - - - - - - - - - - - - - - - x

    Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated: New York, New York
    October 13, 2016


By: _____
  Negar Tekeei / George D. Turner
  Assistant United States Attorneys


AGREED AND CONSENTED TO:

By: _____
  Sabrina Shroff, Esq. / Clay Kaminsky, Esq.
  Attorneys for ABDULRAHMAN EL BAHNASAWY

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/16
```