THE LAW OFFICES OF
**ANDREW J. FRISCH, PLLC**

40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038
(212) 285-8000
FAX: (646) 304-0352

ADMITTED IN NEW YORK, VIRGINIA
AND THE DISTRICT OF COLUMBIA
OF COUNSEL

**MEMO ENDORSED**

DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/17
JASON D. WRIGHT

May 2, 2017

*By E-mail*
David Patton
Executive Director
Federal Defenders of New York
52 Duane Street, 10th Floor
New York, NY 10007
david_patton@fd.org

Re:   *Under Seal Case*

Dear Mr. Patton:

    Thank you for facilitating the meetings between your client and me pursuant to his recent request.

    Based on my discussions with him and in light of the information provided to me, I wish to inform you that, if so requested by your client, I would respectfully decline to represent him.

    We wish you and your client the very best.

Respectfully,

Jason D. Wright

CC:
Sabrina Shroff, Assistant Federal Defender
Clay Kominsky, Assistant Federal Defender

---

Clerk to Docket + File

SO ORDERED:
Date: 11/2/17
Richard M. Berman
Richard M. Berman, U.S.D.J.