THE LAW OFFICES OF
# Andrew J. Frisch, PLLC

40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038
(212) 285-8000
FAX: (646) 304-0352

JASON D. WRIGHT
ADMITTED IN NEW YORK, VIRGINIA
AND THE DISTRICT OF COLUMBIA
OF COUNSEL

November 28, 2017

BY ECF
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *United States v. Abdulrahman El Bahnasawy*
    Criminal Docket No. 16-376 (RMB)

Dear Judge Berman:

  At our last conference, I requested that I be permitted to write to the Court by today and propose a way forward. Mr. Wright and I continue to review the file in preparation for sentencing, but we are still evaluating remaining tasks and are not yet prepared to propose a new date for sentencing  We propose that we keep the current date of December 12, 2017, and use it either as an in-person appearance at which we will propose a new date, or as the date by when we will write the Court a letter and propose a new date. I have conferred with Ms. Shroff who agrees that we proceed as I propose to the Court herein.

  We appreciate the Court's consideration.

          Respectfully submitted,

          /s/
          Andrew J. Frisch

cc: George Turner
  Negar Tekeei
  Sabrina Shroff