THE LAW OFFICES OF
# ANDREW J. FRISCH, PLLC

40 FULTON STREET
23rd FLOOR
NEW YORK, NEW YORK 10038
(212) 285-8000
FAX: (646) 304-0352

**MEMO ENDORSED**

JASON D. WRIGHT
ADMITTED IN NEW YORK, VIRGINIA
AND THE DISTRICT OF COLUMBIA
OF COUNSEL

March 1, 2018

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/1/18
```

BY ECF
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

*Re: United States v. Abdulrahman El Bahnasawy*
*Criminal Docket No. 16-376 (RMB)*

Dear Judge Berman:

On behalf of Mr. El Bahnasawy, I write to request an extension of time from today until tomorrow, March 2, 2018, to file our sentencing submissions. The government consents provided its time to respond is extended from March 8 to March 9, 2018. Sentencing is scheduled for April 9, 2018.

One of the doctors on whose reports we will be submitting has been unavailable for a consult necessary to finalizing our papers. We hope to speak with him later today and will need time to finalize our papers thereafter. For this reason, we ask that we be permitted to file our papers tomorrow rather than today, with the government afforded a corresponding extra day for its response.

We appreciate the Court's consideration. **Extension(s) granted.**

~~Respectfully submitted,~~

/s/
Andrew J. Frisch

cc: George Turner
    Negar Tekeei
    Sabrina Shroff

SO ORDERED:
Date: 3/1/18
Richard M. Berman, U.S.D.J.

WWW.ANDREWFRISCH.COM