**The Future:** Basma Elbahnasawy (sister)

---

*"Family is the most important thing in the world."*- Princess Diana Spencer

If it is one observation to take from the past, isolation is the greatest disease to an individual: impacting a family, community and nation. I understand that my brother is in the transitional youth period, defined as ages 10-24 by the United Nations. I remain dedicated to ensuring my brother receives the most effective treatment to ensure mental stability and healthy thinking. To accomplish this, three main points need to be addressed: mental health care, re-integration and religious counselling.

Mental Health Care:
Over the past few months my family has been involved with family counselling and mental health focus groups.
This has aided my family in identifying resources around us and making connections with Mental Health professionals. This also lead us to further understand the options of ▮ medications and their effectiveness on youth. For example, we noted an ▮ medicine, which is taken around once a month. With that being said I will always ensure my brother meets with a psychiatrist and therapist to express issues he is facing and how to tackle them.

Re-integration:
Family is a critical component to a youth's integration and rehabilitation. That is why I have made it my priority to visit my brother biweekly through 9 hour long bus rides. My dedication for my brother stems far beyond just visits, as I am also taking a full course load in University and balancing 2 part time jobs. No matter what, family is the most important aspect to an individual and I will always make time for him. With the prison environment being heavily influenced by the older generation, I know the importance of having my brother interact with other youth such as myself. One step I took was encouraging him to complete his GEDs.

I am also woking with my brother to understand our purpose as youth through conversations and constructing a positive future plan.

Religious Counselling:
I am aware that my brother has been meeting with an Imam at MCC.
I hope to:
1. help my brother find a positive religious influence through identifying his interests
2. constantly emphasize the importance of his identity as a Muslim and helping him find communities which empower him as a Muslim and help him find purpose
3. continue facilitating for him to meet a religious counsellor

**About me:** Basma Elbahnasawy (sister)

Dear Judge Berman,

My name is Basma Elbahnasawy, Abdulrahman Elbahnasawy's older sister and only sibling. I am a fourth year (21 years old) Digital Media Student at York University, Toronto Canada.

I graduated from *American Creativity Academy High school,* Kuwait, with a high honour role (2014). With that being said, I did study most of my life in Canada (around 11 years). In my final year in high school I decided to join *Model United Nations*.

Gender Equality is one of my top interests. In 2016 I acquired the role of marketing lead at the *Women in Science and Engineering*. Our team initiated one of the first Women's Hackathons in Canada, which was partnered with Google, Microsoft, Shopify and Deloitte. The aim of this conference was to advocate for gender equality in STEM.

The clean water crisis for the Indigenous community, is also a critical issue here in Canada, which is also one of my top interests. I joined forces with three Muslim women to advocate for clean water access to the Lubicon Lake Nation in Alberta. We thankfully raised over 13,000 dollars towards accessibility to clean water.

Since my brother's arrest I have aimed at working with and understanding children and youth. In December 2016 I joined *Peace by PEACE*. It is an initiative which enables university students to volunteer in elementary schools and teach children the important life skills of respect, diversity and inner power through various activities and games.

I currently have 2 part-time jobs. I work as a Global-Liaison at my university's international department. My job requires me to help international students feel at home and create positive resources for students on campus. For example, I am currently working with other global-liaisons on a Mental Health awareness campaign, hoping to advocate for better accessibility to mental health care on our campus.

My second job is at my university news paper (Multimedia Editor). Occasionally I do get the opportunity to write articles. I recently wrote one on the importance of mental health care accessibility in the province of Ontario.

This February 2018 I attended the *Youth Assembly* with fellow delegates from around the world at the *United Nations*. I hope to continue working towards issues that affect my family, which surely pertain to the global community as well. I also hope to use my resources and experiences to help my brother in any way I can. Through the attached video, I hope to provide your honour with a brief summary regarding my brother. Thank you for your time.