Honorable Judge Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007.
U.S.A

January 31, 2018

2320 hertfordshire way,
Oakvil
Ontario
Canada

Dear Honorable Judge Berman,

My name is Khdiga Metwally, the mother of Abdulrahman El- Bahnasawy.

 Profile:
- Two bachelor's degrees, one in language and cultures studies from Ajman University of science and technology ( U.A.E) and the other in religion studies from the American Open University – Michigan(USA)
- Master's Degree from the American Open University- Basic traditional strategies to improve positive manners
- Authored a PHD paper about the reconciliation between different religions.
- Certified Professional Trainer from the Canadian of Human Development Centre.
- Delivered over 100 training courses and workshops in Canada and internationally in personal development, healthy family relations ,parents/ teachers roles and motivation techniques lectures to empower employees through learning strategies.
- Presented many lectures privately to help immigrants specially new immigrant women from different cultures to have better new life in Canada.
- Presented many lectures to help Canadian /American teachers and soldiers to merge in Kuwait society and start a new life despite any challenges.( Aware centre- Ties centre /Kuwait)
- Member in The Interfaith Council of Haltom.



Your Honor,

	Thankfully, my letter is in your hands now. I could not write even one word that can express any of the pain or challenges that we faced, due to it this unfair incident lately happened to my son. When I remembered that I am writing to you, the one who represents the justice and moreover the author of "A Team Model To Identify Child Abuse" and put Seven Steps To Protect Children , I started to write freely and naturally with all confident that my words are going to be on safe hands and my thoughts are for sure being in consideration.

	My family consists of 5 members. They are, my respected husband Osama, beautiful daughter Basma, my beloved son Abdulrahman and my sweet cat  Bes-bes.My husband and I choose our children names very carefully as my daughter name is derived from the Arabic word "smile" and my son name is

derived from the Arabic word "mercy". These two words ( Smile- mercy) can tell you a lot about our family principals and roles.

When I saw my lovely son first time after 5 days of my delivery, I forgot all my pain, as I had delivery complication called Uterine Rapture, in which many cases both the baby and the mother die during the delivery. My doctor told me that my son had lack of oxygen during delivery and if he was delivered a few minutes later, he may have developed brain damage or even died. I stayed in the incentive care in the hospital for around 3 weeks and the hospital told us this was the worst delivery that occurred at that hospital from 25 years. My doctor called my son and I as strong as pharaohs! Media put a lot of pressure to convince me asking to sue the hospital but I choose to forgive everyone as a thank you to God who saved us.

My lovely son Abdulrahman was a cute child, smart, shy and kind. I intended to educate my kids in American school and I choose one of the most expensive school in Kuwait because it was the only school teach American life skills curriculum. I worked as life skills teacher in the same school and it was an honor to teach my son life skills in KG for one year. Although, I noticed my son had lack of concentration in comparison to the other students, I didn't give that much attention as I expected this is a spoiled act towards his mother/ teacher or other teachers friend.

On 2005, we have taken the decision to move to Canada and the main reason was to protect our children from the racism and of course for a better life with good education and health care. The moment we reached Canada, we all fall in love in it. I remember, one day, when my son kiss its land,repeated" I love you!"!.

We settled in Canada and started to held weekly family meeting to discuss different issues so everyone knows what each person will need to do. It is also the time to have fun together and make family decisions about vacations etc. The rule is everybody is responsible about his/her decision and we just advise each other. Parents has the right to interfere in case of crises.

I can assure you, my kids are good in advising us to the way, that sometimes they both shake our self confidence as parents!. Voting is the key for any arguments and if we couldn't compromise we just have a draw. Honestly, appreciation, respect and unconditional love are important basic elements for us as family. These principals created healthy relation atmosphere at home and with others. Kindness and respect with true compassionate to help others are very important values in our family chart.
That's why in many public picnic, my son, voluntarily, left play soccer and chose to serve food for people, or help my husband organizing the event. While I'm giving free motivation lecture on the other side of the park and my daughter take care of the younger children.

My son is known as very kind and sensitive. I remember one time he exchange his sister's broken toy with his good one to make her happy. One other time in our vacation in Egypt, he insisted to put off his shoes and give it to the street children there. I also remember when he was  teaching me skiing from a higher mountain. When I slid and jumped, I ended up falling upside down. He took off his ski and came back, looking for me, all the way up the mountain to help me under temperature -20. He is always helpful to his dad and give him hand if required, even if he has a bad day. He cares for people and creatures. I always remember when he check water temperature by his finger before water the plants or how he give certain time to play with our cat and bring him toys so that he doesn't feel boring or depressed.

My son was an atheist but we all respected his choice and just advised him. We tried hard to put my son in any famous Canadian sport like hockey but he refused as he consider it game of violence , instead he choose soccer. In my kids teenage years, I started to give more freedom, but freedom with conditions and supervision. . During that time I intended to finish my Master and PHD studies as well as

doing my business for lectures with all priority to my family. I also hold free life skills youth sessions in our house to motivate my kids and other youth in developing their personality in positive attitude. My pleasure to invite you, now, for only two minutes of one of those sessions that proof how laugh and happiness could spread around if we just try it :( my son is the lovely boy on the far left side).

https://youtu.be/Wu5mOKHyDz0

I noticed at this stage some risky actions from my son , like, in celebrations, when we do fireworks, he goes too near that I should scream at him to be away for not hurting himself or going so far by boat when we were in one thousand Island and try to find him or focus blue laser on his eyes.  It was teenager age and we relate those risky actions to it.

In general ,everything was going so smoothly and fine as planned, until my son one day was doing a project in school about drugs and he choose marijuana. I noticed he spent too much time on the internet- web to search and I appreciate it, until he discovered that marijuana is healthy and good for the body (according to his search). I stayed calm with long time argument with him and I even ask one doctor pharmacy friend to talk to him, but it was too late as he already had a friends who took it and started to take it despite all our frustration. We try to catch the dealer who gave his friends the drugs, by police but couldn't.
This incident was a nightmare for the whole family, especially, when we noticed  my son was so possessive to drug idea that he started to openly convince us to have some...as it is in his opinion good for our health!

My husband and I hold an emergency enclosed parent meeting and after put the advantages / challenges on table we decided to return back to Kuwait for only one year until he forget about it and we may find more entertainment and support in between our family there. We hide the main reason of our travelling back but my kids were smarter than we think.
We give them all free choice to choose whatever American or English school they wish and after my kids search, they choose the same old American school as they still has few old friends back.

Although Kuwait was such beautiful nice place to live in and has many open minded people but unfortunately racism was still very high at school and it wasn't that much safe as we expected. I'm going from this point to go in fast rhyme instead of describing slow motion challenges we'd faced (try to put my fingers on the key words). My lovely son tried his best to be happy but he and us have no idea that he already being addicted. When my son search for marijuana, he found it very easy.. much easier than Canada. Believe or not, he can get it from some students, bus driver, and even from some patients in the hospital..etc...we felt as if we surrounded!!

My son was so nice and has no any sign of violence or aggressive act. For instance, I discovered he relapsed one day,when, asked me for much more money and I realized, he came back to drugs, so I cried without saying a word. He felt so sad and shameful, then asked me to take him to the mental hospital to be treated. The huge challenge was that there was no space for him to be treated as he was so young ( they have no department for youth) and we wait on the hospital reception many hours with all his pain waiting for a suitable bed. He was challenging himself and the circumstances around ,then, after treated he relapse again.

It was a repetitive process that frustrated all of us. My son was still trying his best to be cured, so he started to search by himself for another solution and start to inhale refreshments as he thought it less danger but actually it was another disaster for his brain cells. We had no idea at this time about this kind of addiction. Butane addiction was the hardest challenge for us as it is available everywhere!

I remember, one day, when his psychiatrists asked us to put him under strict supervision and always be with him and one day, when I was alone with him at home, I found him inhale it in his room ( get it from a student in school) so I take it from him and hid it, although he was under stimulation but he didn't do any aggressive action against me or force me to get the door key. instead he choose to climb the balcony building from 15 floor to get it because he thought I threw it. When I saw this, I give him the door keys.. actually, I begged him crying to take the keys! Then we went running to search about him in everywhere, to find him like a broken bird on the corner of one building parking, after inhale a number of bottles with hallucination, then he accept painfully to take him back hospital.

We decided to travel Canada in summer to give him better treatment..( Canada mental hospital - Camh). They put him in the waiting list, then they put him inpatient immediately when he suffered suicide thoughts. My son stayed there all summer with no fun, only to be treated and couldn't come with us to watch the soccer game in U.S held (Manchester united - Real Madrid / 2014), which was his favorite.
During this time , we attended therapist sessions and I read all kind of books about addiction as well as taking certified Coach for "Axiatonal Alignment" to help healing him at home if needed. My son in Camh was very nice boy with no any sign of violence or aggressive act although all the challenges he face. Please have a look on this article:

https://www.thestar.com/news/world/2017/10/10/mississauga-teen-linked-to-nyc-terror-plot-suffered-from-drug-addiction-mental-health-issues-documents.html.

After his treatment in Camh ,We tried our best to make my son busy with sports like diving classes as well as computer courses that he likes ,but unfortunately, after short time of this struggle that this lovely boy faced to be treated, he relapse again with all the pain and shock, you can imagine for all of us. Every time he relapse and treated, we change our flat area to another in order to help him avoid any memory relating to his addiction as recommended. We moved in different areas around 4 times. During my son treatment, we always give him support and acceptance when return back home, open our hands with flowers and our hearts with love.
My son was listening every time to go back to be treated and has all hope not to return back but the problem wasn't in him, and the addiction wasn't his only issue.

My husband and I were almost derived crazy that we can't help him, then we found advertisement about a very good mental health and addiction centre called al Riyada. After talking to the manager and did all search about how many successful cases treated, we believed it worth to try my son treatment there .We pick my son from the hospital and giving him an idea about our plan , but still, he thought it just check up. I remember when we pick my son from the hospital to the airport and he was so happy to see the street again after many weeks in the hospital..open car sun roof and stand smell the air on his face with a smile that broke my heart. My brother in Egypt (military general) arranged everything to be ready for us and I asked him to convince Abdulrahman by his way of wisdom and love, and he did.

It was a very nice place with consults of psychiatrist, social worker and therapist as well as 24 hours supervisors to make sure that everything is going well with no any violation of any kind. It was our dream place that we felt is safe environment for my son to be treated in.

Abdulrahman stayed in detox for some time, to get rid of drug withdrawal symptoms and treat his hallucination problem then moved to a program called 12 steps for many months. Every week, we visit my son by train for a trip of 6 hours and other time we go by plane from Kuwait. We start to see so much improvements in my son personality.  The consultants asked to have family meeting and they said that after 24 hours supervision for many months they discovered that my son has ▮▮▮▮▮▮▮▮▮▮ which its active symptoms usually appears in teens age .They said that ▮▮▮▮▮▮▮ is a very serious-but highly

treatable brain disease if treated with antipsychotic medications and psycho-social therapy among family love and support.

It was clear that what they said was right especially after the incredible improvements in my son personality that return him back very wise and matured. He also started to give more social, love and care for us and everybody around. First time in my life, from many years, I sleep comfortable and sure my son is fine and safe. It was also so amazing to see some of the supervisors were treated in the same center before from addiction and ▓▓▓ to assure for everybody that those people are successful if they get the good treatments.

My son finished his treatment and come back Kuwait with us .They hired special coach for him who contacted him regularly by Skype and guide him as well as the chart for 12 steps meeting groups in Canada to include my son in. My son was perfect boy while taking the medicine . He was happy, confident, stable and most important away from drug abuse thoughts. When we see that much improvements, we decided to reward everybody and come back Canada to return to our normal life and join my daughter who already start to study in York university. My son was doing really fine, I remember In "Christopher Columbus" holiday, our first long trip to N.Y On October 2015 and we ask everyone as a democratic family to choose a song and we share listening to it and my son choose this:

https://www.youtube.com/watch?v=f4J7-WR1QOY

This song shows how he is nice and willing to be a good boy. My lovely son gave me this song in our first trip to N.Y, just few months before his next trip when arrested. My son at this time had full access at this time to the net but never influenced because he was under good health care treatment and very stable. He was wonderful and for the first time , we all felt safe when we saw my son was so strong to face any drug abuse. After few months, my son started to feel so shameful from his fatness and sleepy attitude due to the medication, especially after one of his friends made fun of him at school. Here, we start to struggle his intention to stop medication. When his psychiatrist in Egypt knew about this he asked us to put it for him in his food otherwise, many troubles will happen as he is ▓▓▓ and have problems inhaling air fresheners and easy to be manipulated with undesired ideas. To be honest, the farthest trouble, we can imagine at this time is to go back to drugs and relapse or suicide as many psychiatrist told us that patients with ▓▓▓ and anxiety had the largest percent for suicide attempts in comparison for other mental health disorders

We immediately, seek help by our family doctor and they put us in ▓▓▓▓▓▓ psychiatrist.

I started to put medication in his food but he discovered and was so mad. So I stopped for many days and start to put again in a very little amount. He sometimes suspect and ask me if the juice has weird taste and many times, I drink it instead of him to get his trust back and prove it is fine. As we couldn't get subscription from any other psychiatrist in Canada yet and he started to refuse going to schools, I decided to travel Egypt (trip of 13 hours) to bring more medicine by the subscription I have and under his psychiatrist supervision.

When I came back, my son was very strict in refusing taking any medication and start to be so picky eating my food, but I keep try to put some of his medication in any chance. During this period we saw a deterioration in his mental health and were like any parent, very concerned. He lost connection with his friends and became extremely isolated at home only speaking to people whom he met on the internet. we try hard to break this isolation by all means but couldn't.

Our only concern at this time is not going back to drugs!! We never think at this time about ISIS ideology stimulation or who may entrap him online, or how many informants are going in competition to

hunt him. Actually we have no idea about those trap games..we realize it later by my son case and some other cases had happened in Canada.

https://sec.theglobeandmail.com/news/british-columbia/judge-says-rcmp-entrapped-bc-couple-in-terror-case-overturns-guilty-verdict/article31199892/?service=amp.

     We urgently sought to find him a psychiatrist, to continue following up with him and evaluating his dosage of medication which he needed. We were told to wait again, just like the majority of Canadians, as psychiatrists usually have a long wait list to get an appointment. We, at the time, realized that there was no progress in terms of getting an appointment with a needed psychologist and so attempted to take the easier route of booking an appointment with a psychologist. The earliest appointment was three months from the request, May 24, 2016. Our son got arrested on May 21, 2016 from our family car in our vacation in N.Y.

     It is so sad as one of the main reason to visit N.Y at this trip wasn't only for vacation but to search for good psychiatrist and take his consultation about my son case .The first request, at moment of arrest, I asked F.B.I is to please give my son his medication and I give them the ground medication, that I hide it in my bag. I remember when I talk to the F.B.I agent and repeat for him which medication is at night and which one for morning while he calm me down with tears in his eyes.

It was so harsh as I wonder why they arrested him from our family car and not waited until my son met with them. If they really sure he would do it?.
Actually, we came to visit New York as tourist looking for fun and joy. We never expected any risk for our kids or this lovely city and we still confident that a beautiful city like New York which is visited by thousands of tourists every year would surly distinguish between terrorist cases and my sick son case.

Your honor,
I excuse to pause here for a second and please imagine our feelings and how we drive back long distance to Canada without my sick son.
On May 24, we went without my son to meet the psychologist and when she asked about him we said he couldn't come. We told her about what we face and she said, we need to take care of him as he needs love and care with some advices to comfort him and break the isolation. After my visit, I look for my son to give the love and care he needs but he was in prison.

     Your honor, I'm glad that you share with us the rest of our story as you know, they put my son in SAM prison which was horrible for him as a boy has mental problem, he tried to suicide and had return back to the hallucination symptoms. He also abused by drugs and we all punished for his relapse to prevent our visit to him 7 months. The problem of taking his medication and living in unsuitable environment in prison lead to many problems including writing on wall to be tortured by one of the guards accordingly and cut his commissary up today to feel hungry all day as teenage need more food. . If God in all religions doesn't blame sick people, Do we?
I remember, how you stand bravely in court and put your recommendations to allow our visit and put my son mental health care as priority, but still prison is not safe environment for my son at all.

     I was also very concerned about what if my sick son plead guilty, then for his mental problem and medication problem, act in a way that may affect his case.
I had many arguments with his lawyer Ms. Shroff, try to explain to her that my son is sick and doesn't live in a good environment to act as normal, with all my respect for her efforts to help him in his challenges in prison. His history in prison and court shows very clear how my son act differently with completely different personality according to brain different stability.

Your honor, the situation is on your hands now, my sick son is now under all kind of abuse conditions, specially he is young, mentally sick and addicted to drugs with miserable environment condition like prison. .Of course, I appreciate, the prosecutor who sent a complaint letter to the prison when he is tortured and also my respect for the guard who come fast to help my son when he verbally abused. Those accident assured how prison is horrible place for my sick young son.

Maybe I look strong during the day to keep my family and my son strong but only God knows how many times I wake at night feel horror of what kind of abuse may he face now and or what of kind punishment may go against him for mistakes due to his mental problem or how many times he got thought of suicide and if he already try it or not?
Every day passed in prison, we don't know how much it affect him mentally and psychologically as prison is never built for cases like my son. We all broken heart for him and His sister is dying cry for her brother. We almost visit him weekly this long trip and so worry about him.

Your honor, I need to continue the treatment that we already had started, which was so successful but in one point we stuck for things out of our hands. The situation is totally different now, and everybody around (family, friends, neighbors, his mental hospitals..) are aware and broken heart of our story. Everybody wants to help, everybody feel responsibility to support.

We went from few weeks to our family doctor and first time we got therapist with no waiting list as everybody wants to help us now after what had happened.
All what's needed now is good healthcare and family around to support with the appropriate supervision. Everybody wants to give aid and ,your honor, you are the only one now who can help that aid to reach my son after years of suffering alone. We are exhausted, Judge Berman, we need a justice decision that put an end for that suffering.

My son is experienced unbelievable sense of guilt and doing all his best for better future with great hope to live like any normal boy of his age. He finished GDE in prison and make it as surprise for us and apply to teach math as well to proof, he is a good boy who we can depend on.

My son history in prison shows how he is far away from any violence. I'm not only talking by the name of all mothers who have mental illness boys, I'm talking by the name of humanity.

Your honor,
When the night has come and the land is dark, and the moon is the only light we see, there always the hope of justice that shine the way up and the good people who share humanity and stand by us.

Judge Berman,
In this humanity case,we trust your words of justice, wisdom and mercy. We all pray that God bless and guide you always with those words.

Respectfully,

Abdulrahman's mother
Khdiga Metwally

