UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

16 Cr 376 (RMB)

-against-

**ORDER**

ABDULRAHMAN EL BAHNASAWY,
                    Defendant.
-----------------------------------------------------------X

The Court directs the Defense team (including, without limitation, mental health advisors) and the Government forthwith to meet and confer and **jointly** develop a descriptive list of up to three BOP facilities (in order of preference and in addition to FCI Butner-Medium suggested by Todd A. Bussert, in Mr. Frisch's March 5, 2018 submission which the Court may also consider) which are believed to be feasible facilities at which the Court may recommend the Defendant be placed following sentencing.

In compiling this list, counsel are directed to consult the BOP Inmate Security Designation and Custody Classification Manual and also to advise the Court as to any criteria, including, e.g., length of sentence and services required, that need to be met in order for the Defendant to qualify for placement in each institution.

The list shall be submitted to the Court on or before March 15, 2018.

Dated: New York, New York
       March 8, 2018

_____
**Hon. Richard M. Berman, U.S.D.J.**