**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

MEMO ENDORSED
P. 2

August 11, 2016

~~REQUEST TO BE FILED UNDER SEAL~~

BY EMAIL

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/12/18

Re:   United States v. Abdulrahman El Bahnasawy, 16 Cr. 376 (RMB)

Dear Judge Berman:

In accordance with the direction of the Court at yesterday's status conference, the Government respectfully submits this letter to provide the Court with additional information in connection with its request, with the defendant's consent, for continued sealing and delayed docketing in this case. As the Court is aware, a proposed order for continued sealing and delayed docketing was jointly submitted by the parties at yesterday's status conference, and has been so-ordered by the Court.

Prior to July 5, 2016, the primary basis for sealing and delayed docketing was that publicity regarding this case would compromise the FBI's ongoing investigation of CC-1. On July 5, 2016, the Government's application for continued sealing was accompanied by a classified addendum providing the Court with certain additional information regarding the status of the ongoing investigation. While the additional investigative efforts discussed in the Government's July 5 classified addendum are ongoing, they are not, at this time, a basis for which the Government is seeking continued sealing. With respect to the status of the investigation of CC-1, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓. While the Government believes that unsealing at this time ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ the primary basis for continued sealing and delayed docketing at this juncture is

The Government is providing defense counsel with a redacted copy of this submission, which appropriately redacts information pertaining to the status of the FBI's ongoing investigation of CC-1. Defense counsel has advised the Government that the defense does not

Hon. Richard M. Berman
August 11, 2016

Page 2

object to the redaction of such information regarding the ongoing law enforcement investigation. A copy of the redacted letter is enclosed for the Court's benefit. *See* Ex. A.

Respectfully submitted,

PREET BHARARA
United States Attorney for the
Southern District of New York

By: /s/ Negar Tekeei
Negar Tekeei / George D. Turner
Assistant United States Attorneys
(212) 637-2482 / 2562

cc: Sabrina Shroff, Esq. (by email) (with redactions)
Clay Kaminsky, Esq. (by email) (with redactions)

---

**Clerk to docket and file.**

SO ORDERED:
Date: 3/9/18

Richard M. Berman, U.S.D.J.