

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 21, 2018

**BY ECF AND EMAIL**

The Honorable Richard M. Berman
United States District Judge
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    <u>United States</u> v. <u>Abdulrahman El Bahnasawy</u>, S1 16 Cr. 376 (RMB)

Dear Judge Berman:

    The Government respectfully submits this letter in accordance with the Court's Order dated June 15, 2018 (Dkt. No. 116). The parties are available for sentencing on any date in late September other than September 27. The parties have conferred and respectfully advise the Court that neither party is requesting a status conference in advance of sentencing or believes that such a status conference is necessary. However, to the extent the Court is inclined to hold a status conference, the parties can confer forthwith and provide the Court with dates on which the parties are available.

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney

    By:    /s/
        Negar Tekeei / George D. Turner
        Assistant United States Attorneys
        (212) 637-2482 / 2562

Cc:    Sabrina Shroff, Esq. (by email)
        Clay Kaminsky, Esq. (by email)
        Andrew Frisch, Esq. (by email)
        Jason Wright, Esq. (by email)