**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

UNITED STATES OF AMERICA,

                          Government,

-against-

ABDULRAHMAN EL BAHNASAWY,

                          Defendant.

------------------------------------------------------------x



16 **CR.** 376 (RMB)

**ORDER**

Having considered the Defense letter dated September 20, 2018 and the Government letter dated September 20, 2018, the sentencing is adjourned to Monday, October 1, 2018 at 2:00 p.m.

Dated: New York, New York
        September 21, 2018

                                                    **RICHARD M. BERMAN**
                                                          U.S.D.J.