```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/25/18
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,            :
                                      :
      Government,    :  16 Cr 376 (RMB)
                                      :
- against -                           :  **ORDER**
                                      :
ABDULRAHMAN EL BAHNASAWY,             :
      Defendant.     :
------------------------------------------------------------x

  In light of all counsels' and the Court's schedules, the Court hereby adjourns the sentence in this case to November 15, 2018 at 12:30 pm.

Dated: New York, New York
   September 25, 2018

              _____
              **RICHARD M. BERMAN**
              **U.S.D.J.**