# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT



SOUTHERN District of NEW YORK

---

UNITED STATES OF AMERICA

- v -

Abdulrahman El Bahnasawy, Defendant.

Docket Number **16 Cr. 376 (RMB)**

Honorable Richard M. Berman
(District Court Judge)

---

Notice is hereby given that **the defendant, Abdulrahman El Bahnasawy** appeals to the United States Court of Appeals for the Second Circuit from the:

judgment [✓]: order [ ]: other [ ]: _____
(specify)

entered in this action on **12/19/18**
(date)

Offense occurred after November 1, 1987    Yes [✓]    No [ ]

The appeal concerns:    conviction only [ ]:    sentence only [ ]:    conviction and sentence [✓].

Date: **December 21, 2018**

TO:
Negar Tekeei, Esq.
U.S. Attorney's Office
Southern District of New York
One St. Andrew's Plaza
New York NY 10007

Barry Leiwant, Esq.
(Counsel for Appellant)

Address: Federal Defenders of New York, Inc.

52 Duane Street - 10th Flor

New York NY 10007

Telephone Number (212) 417-8700

ADD ADDTIONAL PAGE IF NECESSARY

| (TO BE COMPLETED BY ATTORNEY) | TRANSCRIPT INFORMATION - FORM B | |
|---|---|---|
| ➤ **QUESTIONNAIRE** | ➤ **TRANSCRIPT ORDER** ➤ | DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE). |
| [✓] I am ordering a transcript<br>[ ] I am not ordering a transcript<br>Reason:<br>[ ] Daily copy is available<br>[ ] U.S. Attorney has placed order<br>[ ] Other. Attach explanation | Prepare transcript of<br>[✓] Pre-trial proceedings 12/19/18<br>[ ] Trial<br>[✓] Sentence 12/19/18<br>[ ] Post-trial proceedings | Dates |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript.
(FRAP 10(b)) ➤ Method of payment [ ] Funds [ ] CJA Form 24

ATTORNEY'S signature     Sabrina P. Shroff, Attorney
*/s/ Sabrina P. Shroff*

DATE **December 21, 2018**

➤ **COURT REPORTER ACKNOWLEDGMENT**

To be completed by Court Reporter and forward to Court of Appeals

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date _____    Signature _____
(Court Reporter)

COPY 1 - ORIGINAL

*RECEIVED DEC 26 2018 S.D.N.Y. - APPEALS*