The Law Offices of
ANDREW J. FRISCH, PLLC
40 Fulton Street, 17th Floor
New York, New York 10038
212-285-8000

Application granted.

SO ORDERED:
Date: 10/13/2022

Richard M. Berman, U.S.D.J.

October 11, 2022

BY ECF
The Honorable Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Abdulrahman El Bahnasawy; Criminal Docket No. 16-376 (RMB)*

Dear Judge Berman:

By letters dated September 7 and 10, 2021 [Docket Nos. 149 and 150], the parties advised the Court that, after Mr. Bahnasawy was sentenced in the above-referenced case, he was charged with assaulting officers at a unit within FCI Allenwood dedicated to mentally ill inmates. Mr. Bahnasawy's new case is assigned to the Honorable Matthew W. Brann, Chief Judge of the Middle District of Pennsylvania. I am about to file a submission for Judge Brann which makes public reference to some medical and therapeutic findings, conclusions, and diagnoses of mental health professionals who prepared reports for this Court which remain under seal. While two of those professionals testified publicly at Mr. Bahnasawy's sentencing, and while I do not intend to file the reports publicly in Pennsylvania, I err in an overabundance of caution to seek this Court's permission to advise Judge Brann of some medical and therapeutic findings, conclusions, and diagnoses of the professionals whose reports are maintained under seal. I have advised Assistant United States Attorneys Tekeei and Turner of this application, and they advise me that the government takes no position.

So the Court is aware, Mr. Bahnasawy has been evaluated in connection with his new case by a forensic psychiatrist whose comprehensive report has been provided to Mr. Bahnasawy's prosecutors in Pennsylvania, who are otherwise aware of Mr. Bahnasawy's case in this Court and the underlying filings. My imminent submission to Judge Brann will include this new forensic report and make reference to above-described portions of reports under seal. So that I may file my submission to Judge Brann without concern that I am thereby violating any order of this Court, I request that the Court endorse this letter granting the requested relief.

Respectfully submitted,

*/s/ Andrew J. Frisch*
Andrew J. Frisch

cc: George Turner
    Negar Tekeei